UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JERRY BEEMAN AND PHARMACY SERVICES, INC., dba Beeman's Pharmacy; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>TDI MANAGED CARE SERVICES, INC., dba Eckerd Health Services; et al.,<br><br>Defendants - Appellees. | No. 04-56369<br>D.C. No. CV-02-01327-VAP<br><br>**JUDGMENT** |
| ANTHONY HUTCHINSON, AND ROCIDA, INC., d/b/a FINLEY'S REXALL DRUG; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ANTHEM PRESCRIPTION MANAGEMENT, INC.; et al.,<br><br>Defendants - Appellees. | No. 04-56384<br>D.C. No. CV-04-00407-VAP<br><br>**JUDGMENT** |

Appeal from the United States District Court for the Central District of California, Riverside.



186

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Riverside and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED and REMANDED**.

Filed and entered Friday, June 2, 2006



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 2 6 2006
by
Deputy Clerk